**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------X

Dale Layne, on behalf of himself and all others similarly situated,

                              Plaintiff(s),

-against-

**REQUEST FOR CERTIFICATE OF DEFAULT**

1:25 -CV- 1772

SUN AND SKY SPA 24-7, INC.,

                              Defendant(s).

------------------------------------------X

TO:    JUDGE MARCIA M. HENRY
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant(s), SUN AND SKY SPA 24-7, INC., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of In Support of Request for certificate of default.

Dated:  6-19-2025

By: *s/Rami Salim*
Rami Salim
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
201-282-6500
rsalim@steinsakslegal.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------X

Dale Layne, on behalf of himself and all others similarly situated,

                      Plaintiff(s)

-against-

SUN AND SKY SPA 24-7, INC.,

                      Defendant(s).

----------------------------------------X

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

1:25 **CV** 1772

Dale Layne hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 12182.

3. The time for defendant(s), SUN AND SKY SPA 24-7, INC., answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), SUN AND SKY SPA 24-7, INC., has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) SUN AND SKY SPA 24-7, INC., to answer or otherwise move has not been extended.

5. That defendant(s) SUN AND SKY SPA 24-7, INC., not an infant or incompetent. Defendant(s) SUN AND SKY SPA 24-7, INC., is not presently in the military service of the United States as appears from facts in this litigation.

6. Defendant(s) SUN AND SKY SPA 24-7, INC., is indebted to plaintiff Dale Layne, in the following manner (state the facts in support of the claim(s)):

Plaintiff is a blind individual who attempted to access Defendant's website on multiple occasions using special screen reader software. However, due to Defendant's website barriers which fail to allow disabled persons

the ability to access its site using the disability software necessary for their use of the site, these

access barriers have denied Plaintiff full and equal access to Defendant's website and the goods

and services it provides to the public. Defendant is entitled to injunctive and declaratory relief

and other remedies, procedures and rights set forth under 42 U.S.C. § 12188 and the NYC Human

Rights Law, including statutory, compensatory and punitive damages, pre and post judgment interest

and reasonable costs and attorneys' fees in addition to such other relief this Court deems just and proper

Therefore, Defendant is indebted to Plaintiff in the amount of $20,000.00

WHEREFORE, plaintiff _____Dale Layne_____ requests that the default of defendant(s) SUN AND SKY SPA 24-7, INC., certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated:  6-19-2025

By: *s/Rami Salim*
Rami Salim
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
201-282-6500
rsalim@steinsakslegal.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------X

Dale Layne, on behalf of himself and all others similarly situated,

                        Plaintiff(s),         **CERTIFICATE OF DEFAULT**

      -against-                                      1:25 **CV** -1772 ( )

SUN AND SKY SPA 24-7, INC.,

                        Defendant(s).

------------------------------------------X

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant   SUN AND SKY SPA 24-7, INC., has not filed an answer or otherwise moved with respect to the complaint herein.  The default of defendant   SUN AND SKY SPA 24-7, INC.,  is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:           , New York
                , 20____

                                      BRENNA B. MAHONEY, Clerk of Court


                                      By:_____
                                           Deputy Clerk

# AFFIRMATION OF SERVICE

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK

FILED ON: 04/16/2025   INDEX NO.: 1:25-cv-01772-AMD-MMH

DALE LAYNE, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED    Plaintiff(s)-Petitioner(s)

-vs-

SUN AND SKY SPA 24-7, INC.

Defendant(s)-Respondent(s)

---

I, MARK E. MCCLOSKY, the undersigned, affirm that I was at the time of service over the age of eighteen years and not a party in this proceeding. I reside in the State of New York.

On MAY 2, 2025 at 11:55 A.M.  
Deponent served a true copy of **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL**

bearing index number: 1:25-cv-01772-AMD- and date of filing: 04/16/2025  
upon **SUN AND SKY SPA 24-7, INC.**  
at address: **C/O SECRETARY OF STATE, 99 WASHINGTON AVENUE**  
city and state: **ALBANY, NY 12231-0001**

## MANNER OF SERVICE}

*Personal*  
☐ By delivering to and leaving with personally}  
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*  
☐ By delivering and leaving with personally}  
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*  
☒ By delivering and leaving 1 copy with} **SUE ZOUKY, BUSINESS DOCUMENT SPECIALIST**  
the agent for service on the person in this proceeding designated under 307 BCL. Service having been made to such person at the place, date and time above and tendering the required fee.

*Affixing to Door, Etc.*  
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*  
☒ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address 102 Bay 13th St., Apt. 2R Brooklyn, NY 11214 on 05/02/2025. The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail X registered mail X return receipt requested. Notice of service upon the Secretary of State was enclosed. Certified/Registered mail # RF675527830US

**DESCRIPTION}** deponent describes the person actually served as:  
Perceived Gender: FEMALE   Perceived Race: WHITE   Hair Color: GRAY  
Approximate Age: 60 years   Approximate Height: 5'0"   Approximate Weight: 120 pounds  
Other:

I affirm on MAY 2, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

MARK E. MCCLOSKY

Affidavit #: 303927  
NLS #: 25-3313

FIRM FILE # 601403